**James David FAIRCLOTH, Sr., Plaintiff—Appellant,**

v.

**Randall LEE, Superintendent; Wade L. Moseley; Albert Moseley, Sergeant, Defendants—Appellees.**

No. 06–7391.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2007.

Decided: June 11, 2007.

James David Faircloth, Sr., Appellant Pro Se. Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James David Faircloth, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Faircloth v. Lee,* No. 5:05–ct–00021–FL (E.D.N.C. July 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*